

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**0 4 - 6 0 1 6 4** CASE NO. **CR - COHN**   MAGISTRATE JUDGE
SNOW

18 U.S.C. § 611

**UNITED STATES OF AMERICA**

**vs.**

**TROY SHIVDAYAL**

_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about November 7, 2000, in Broward County, in the Southern District of Florida, the

defendant,

**TROY SHIVDAYAL,**

an alien, fully knowing he was not a United States citizen, did knowingly vote in an election held

in part for the purpose of electing a candidate for federal office.

In violation of Title 18, United States Code, Section 611.

A TRUE BILL

FOREPERSON

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

TROY SHIVDAYAL,

Defendant.
_____/

CASE NO. 04-60164-CR-COHN

MAGISTRATE JUDGE
SNOW

**CERTIFICATE OF TRIAL ATTORNEY***

Superseding Case Information:

**Court Division**: (Select One)

| | | |
|---|---|---|
| ___ Miami | ___ Key West | |
| _X_ FTL | ___ WPB | ___ FTP |

New Defendant(s)          Yes _____   No _____
Number of New Defendants  _____
Total number of counts    _____

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:      (Yes or No)     _No_
    List language and/or dialect   _____

4.  This case will take    _3_    days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                          (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | _____ | |
| II | 6 to 10 days | _____ | Minor | _____ | |
| III | 11 to 20 days | _____ | Misdem. | _X_ | |
| IV | 21 to 60 days | _____ | Felony | _____ | |
| V | 61 days and over | _____ | | | |

6.  Has this case been previously filed in this District Court? (Yes or No)   _No_
    If yes:
    Judge: _____    Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?   (Yes or No)   _No_
    If yes:
    Magistrate Case No.   _____
    Related Miscellaneous numbers:   _____
    Defendant(s) in federal custody as of   _____
    Defendant(s) in state custody as of   _____
    Rule 20 from the   _____   District of   _____

    Is this a potential death penalty case? (Yes or No)   _No_

7.  Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?   _____ Yes   _X_ No

8.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?   _____ Yes   _X_ No
    If yes, was it pending in the Central Region?   _____ Yes   _____ No

9.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   _____ Yes   _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?   _____ Yes   _X_ No

KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5500050

*Penalty Sheet(s) attached

REV.1/14/04

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**     **TROY SHIVDAYAL**

**Case No:**     04-60164-CR-COHN

**Count #:** 1

 Election Fraud

 Title 18, United States Code, Section 611

**\* Max.Penalty:**     1 year's imprisonment

**Count #:**

**\*Max. Penalty:**

**Count #:**

**\*Max. Penalty:**

**Count #:**

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT

___SOUTHERN_____ District of _____FLORIDA_____

## THE UNITED STATES OF AMERICA

*vs.*

_____TROY SHIVDAYAL_____

### Defendant

# INDICTMENT

## 18 U.S.C. § 611

A true bill.



FGJ 04-01(MIA)                                                    Foreman

Filed in open court this _____ / 5 _____ day,

of __July__ A.D. 2004                                              Clerk

Bail, $ _____

Case 0:04-cr-60191-JIC Document 1 Entered on FLSD Docket 07/19/2004 Page 4 of 4